**FILED**

~~PROPOSED~~ ORDER/COVER SHEET

NOV 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | CHONG, Eric |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-0461 PJH |

DATE:     November 5, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1) **The defendant shall be subject to curfew at the discretion and direction of Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER              DATE  11-6-08

Cover Sheet (12/03/02)